IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: THOMAS E. LORD            :
    BARBARA J. LORD           :      CIVIL ACTION NO: 02-3765
                              :
                              :      BANKRUPTCY NO: 01-31018
                              :
                              :

**<u>ORDER</u>**

AND NOW, this _____ day of January, 2004, it appearing to the Court that the appellants in the above captioned case have failed to comply with Rule 8006 of the Rules of Bankruptcy Procedure by failing to file with the Bankruptcy Court a statement of issues they intend to present on the appeal, it is ORDERED that this appeal is hereby dismissed and the matter is remanded to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT:

_____
R. Barclay Surrick, Judge